```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

TIANNA WINGATE and
DELPHIA HUDSON
on behalf of themselves and
all those similarly situated
who consent to representation

      Plaintiffs,           CIVIL ACTION

    v.                      NO. 1:09-CV-3579-CAP

THOMPSON INSURANCE
ENTERPRISES, LLC,

      Defendant.

<u>O R D E R</u>

This matter is currently before the court on Mr. Rosenberg's motion for an extension of time to file a motion for reconsideration as to sanctions against him [Doc. No. 88].

On May 26, 2011, the court entered an order sanctioning Mr. Rosenberg for improper deposition conduct [Doc. No. 82]. In that order, the court directed the defendant to submit to the court proof of the costs it incurred in re-deposing Plaintiffs Wingate, Hudson, and Danielson and of the costs and attorney's fees incurred by the defendant in bringing and defending its motion for sanctions [<u>id.</u> at 15]. The court allowed Mr. Rosenberg fourteen days from the defendant's filing of such proof "to object to the **amount** of the fees and costs submitted by the defendant." [<u>id.</u>](emphasis added).

It appears that Mr. Rosenberg has misapprehended the court's direction, since he states in his motion, "This Honorable Court

issued its order on May 26, 2011, that required Counsel, should he file a motion for reconsideration of the sanctions against him, to file such motion by June 13, 2011." [Doc. No. 88, p. 1]. Instead, without limiting the time for filing a motion for reconsideration, the court set a time limit of June 13, 2011, for Mr. Rosenberg to file any objections he might have to the reasonableness of the amount of the fees and costs submitted by the defendant. For the reasons set forth in Mr. Rosenberg's motion [Doc. No. 88], that deadline is hereby extended to and including June 27, 2011.

Nevertheless, because no good cause has been shown to extend the deadline for filing a motion for reconsideration, Mr. Rosenberg's motion [Doc. No. 88] is DENIED.

SO ORDERED, this 16th day of June, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge